S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
AMERICAN HONDA FINANCE CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
9/16/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BARRIOS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; TRANS UNION, LLC, a Delaware limited liability company; AMERICAN HONDA FINANCE CORPORATION, a California corporation; and DON ROBERTO JEWELERS, INC., a California corporation,<br><br>　　　　Defendants. | **CASE NO.:** 2:19-CV-05009-PSG-JEM<br><br>**JUDGE:** Hon. Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT**<br><br>**[Concurrently filed with Motion for Summary Judgment, or in the for Partial Summary Judgment]**<br><br>~~**DATE:** September 28, 2020~~<br>~~**TIME:** 1:30 PM~~<br>**DEPT:** Courtroom 6A<br><br>**ACTION FILED:** June 9, 2019 |

///

///

///

1
[PROPOSED] JUDGMENT

4935970.2 -- N1694.6

1  ~~The Motion of defendant American Honda Finance Corporation ("Defendant")~~
2  ~~for Summary Judgment or in the Alternative, For Partial Summary Judgment~~
3  ~~("Motion") came on regularly for hearing before this Court on September 28, 2020 at~~
4  ~~1:30 p.m. and S. Christopher Yoo, Esq. of AlvaradoSmith, APC appeared as attorney~~
5  ~~for Defendant and all other appearances were noted for the record~~.

After full consideration of the evidence, having reviewed the papers in support of ~~and opposition to~~ the Motion, ~~and considered the oral argument of counsel,~~ the Court ordered that there is no triable issue of material fact as to the as to the causes of action asserted against Defendant in the Complaint for "Negligent Violation of the Fair Credit Reporting Act" and "Willful Violation of the Fair Credit Reporting Act."

**THE COURT THUS HEREBY ADJUDGES, ORDERS, AND DECREES AS FOLLOWS:**

1. Judgment is entered in favor of Defendant and against Plaintiff as to all claims alleged against Defendant, namely the claims for "Negligent Violation of the Fair Credit Reporting Act" and "Willful Violation of the Fair Credit Reporting Act" asserted in the Complaint

2. Plaintiff shall recover nothing against Defendant.

3. Defendant is the prevailing party and may submit a bill of costs.

DATED: September 16, 2020          By: _____
                                   Honorable Philip S. Gutierrez
                                   *U.S. District Court Judge*